# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KIMBERLY CASHMAN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 6:22-cv-01104-TC-TJJ |
| BETHANY COLLEGE, | ) ) ) |
| Defendant. | ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Kimberly Cashman and Defendant Bethany College, pursuant to Rule 41(a)(1)(A)(ii), jointly stipulate that Plaintiff's claims asserted against Defendant are dismissed with prejudice. Each party shall bear her or its own fees, costs, and expenses.

                                                          **HKM EMPLOYMENT ATTORNEYS LLP**

By: */s/ Kevin A. Todd*
      Brad K. Thoenen, KS 24479
      bthoenen@hkm.com
      John J. Ziegelmeyer III, KS 23003
      jziegelmeyer@hkm.com
      Kevin A. Todd, KS 78998
      ktodd@hkm.com
      1501 Westport Road
      Kansas City, Missouri 64111
      816.301.5430

      ATTORNEYS FOR PLAINTIFF

      and

*/s/ Michael T. Raupp*
Michael T. Raupp, KS 25831
Derek T. Teeter, KS 23242
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
(816) 983-8000
(816) 983-8080 (FAX)
derek.teeter@huschblackwell.com
michael.raupp@huschblackwell.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 20, 2022, a copy of the foregoing was served via the Court's electronic filing system on all counsel of record.

*/s/ Kevin A. Todd*
Attorney for Plaintiff